Gertrude J. Korade, as Administratrix, etc., of William H. Korade, Deceased, Appellant, v. Herbert Lovell and William B. Emmett, Respondents.— Action to recover damages for the death of plaintiff's intestate as the result of a collision between his automobile and defendant Lovell's automobile truck, which was being

driven by defendant Emmett. Plaintiff appeals from a judgment in favor of defendants, entered upon the verdict of a jury, and from an order denying her motion for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.